IDEXX LABORATORIES, INC.,
Plaintiff–Appellee,

v.

ABAXIS, INC., and S.A. Scientific,
Inc., Defendants–Appellants.

No. 02–1619.

United States Court of Appeals,
Federal Circuit.

Dec. 16, 2002.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

Julius E. MOGYOROSSY, Petitioner,

v.

DEPARTMENT OF the AIR
FORCE, Respondent.

No. 03–3040.

United States Court of Appeals,
Federal Circuit.

Dec. 18, 2002.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).